IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Annie R Harris )
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

TransAmerica _____)
_____)
_____)
_____)
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 4:24-CV-91-BO
(To be assigned
by the Clerk of
District Court)



## COMPLAINT

Plaintiff resides at: 2609 Dunn St Greenville NC 27834

Defendant(s) name(s) and address(es), if known: 6400 C Street NW Cedar Rapids, IA 52499-0001

1

Jurisdiction in this court is based on: 28 U.S.C § 1332 Amount being sought is greater than $75,000 and Defendant and Plantiffs are citizens of different states

The acts complained of in this suit concern: Breach of Fiduciary duty, Insurance fraud, Exploitation Civil Rights Violation, Embezzlement

2

------------------------------------------------------------

6/14/2024     Annie Harris
Date          Signature of Plaintiff
              2609 Dunn St
              Greenville, NC 27834
              252-218-9357

------------------------------------------------------------
Address and Telephone Number of Plaintiff

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

$250,000 in compensatory damages and $1,000,000 in punitive damages to deter this from happening to any others in the future