IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-91-BO-RJ

ANNIE R. HARRIS,                        )
                    Plaintiff,          )
                                        )
        v.                              )              O R D E R
                                        )
TRANSAMERICA,                           )
                    Defendant.          )

This cause comes before the Court on plaintiff's consent motion for a court-hosted settlement conference. For good cause shown, and pursuant to Local ADR Rule 101.2, the motion [DE 32] is GRANTED. This action is referred to United States Magistrate Judge _Jones_ to conduct a settlement conference. Any deadlines in this case are stayed pending the settlement conference, and the parties may request entry of a revised scheduling order if necessary.

SO ORDERED, this 28 day of April 2025.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE